UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RB CAPITAL PARTNERS, INC., a California Corporation,<br><br>                  Plaintiff,<br><br>v.<br><br>CYBERLUX CORPORATION, a Nevada Corporation,<br><br>                  Defendant. | Case No.:  24-cv-1434-AJB-BJW<br><br>**ORDER STRIKING ANSWER AND DIRECTING CLERK TO ENTER DEFAULT AGAINST DEFENDANT CYBERLUX CORPORATION** |

On March 27, 2026, the Court ordered Defendant Cyberlux to show cause why the Court should not strike its Answer filed on September 23, 2024 (*see* Doc. No. 6) and enter default against it for failure to retain counsel. The Court held the show cause hearing on April 9, 2026. (Doc. No. 61.) Cyberlux did not appear at the April 9 Hearing and did not otherwise appropriately respond to the order to show cause. (*Id.*) Accordingly, for the reasons stated on the record, the Court strikes Cyberlux's September 23, 2024 Answer. *See United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *see also TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 916 (9th Cir. 1987). The Clerk of Court is **DIRECTED** to enter default against Cyberlux. *See* Fed. R. Civ. P. 55(a). Plaintiff RB Capital Partners must file a motion for default judgment **no later than thirty days** from the docketing of this Order. *See* CivLR 55.1. Plaintiff is cautioned that a failure to properly

move for default judgment may result in the Court dismissing this action without prejudice. *See id.*

The Clerk of Court is **DIRECTED** to serve this Order on Cyberlux at its last known address:

Cyberlux Corportation
800 Park Offices Drive
Suite 3209
Research Triangle Park, North Carolina 27709

(*See* Doc. No. 51-1 ¶ 6.)

**IT IS SO ORDERED.**

Dated:  April 9, 2026

Hon. Anthony J. Battaglia
United States District Judge

24-cv-1434-AJB-BJW