UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RB CAPITAL PARTNERS, INC., a California Corporation,

Plaintiff,

v.

CYBERLUX CORPORATION, a Nevada Corporation,

Defendant.

Case No.: 24-cv-1434-AJB-BJW

**ORDER STAYING ACTION PENDING BANKRUPTCY PROCEEDING**

On July 24, 2026, Plaintiff RB Capital Partners, Inc. ("RB Capital") filed a Notice of Involuntary Bankruptcy Filing Against Defendant Cyberlux ("Bankruptcy Notice"). (Doc. No. 71.) According to the Bankruptcy Notice, on July 24, 2026, RB Capital's counsel became aware of an Involuntary Bankruptcy Petition filed against Cyberlux on July 17, 2026, in the Bankruptcy Court for the District of Nevada, as Case No. 26-50721-HLB (the "Bankruptcy Proceeding"). (*Id.*)

The automatic stay provision of the Bankruptcy Code treats the filing of a bankruptcy petition as a stay of "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."

11 U.S.C. § 362(a)(1). A stay issued pursuant to § 362(a)(1) continues until the case is closed or dismissed, or the discharge is granted or denied. 11 U.S.C. § 362(c)(2). Accordingly, the Court **STAYS** this action pursuant to 11 U.S.C. § 362(a)(1).

Additionally, the Court **ORDERS** the following:

(1) RB Capital **MUST** file a status report every six (6) months during the pendency of the Bankruptcy Proceeding (on February 1 and August 1 of each year) updating the Court on the status of the Bankruptcy Procceeding; ***and***

(2) File a status report within two (2) weeks of the resolution of the Bankruptcy Proceeding.

The Clerk of Court is **DIRECTED** to stay this matter pending the resolution of the Bankruptcy Proceeding.

**IT IS SO ORDERED.**

Dated: July 27, 2026

Hon. Anthony J. Battaglia
United States District Judge